■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY PORTER, Appellant. [817 NYS2d 911]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered May 28, 2003, convicting him attempted robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]).

The defendant has not raised any nonfrivolous issues in his supplemental pro se brief. Adams, J.P., Goldstein, Luciano and Spolzino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL PRICE, Appellant. [817 NYS2d 911]—Appeal by the defendant from a judgment of the County Court, Westchester County (Zambelli, J.), rendered July 20, 2004, convicting him of attempted robbery in the first degree and assault in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Florio, J.P., Krausman, Mastro and Dillon, JJ., concur.